EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re<br><br>Luis A. Ortiz López | 2010 TSPR 212<br><br>180 DPR \_\_\_\_ |

Número del Caso: TS-10039

Fecha: 8 de octubre de 2010

Abogado de la Parte Peticionaria:

Por derecho propio

Materia: Reinstalación al ejercicio de la notaría.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re: Luis A. Ortiz Lopez

Reinstalación

TS-10039

|

RESOLUCIÓN

En San Juan, Puerto Rico, a 8 de octubre de 2010.

Examinada la Moción Urgente presentada por el Peticionario, ordenamos la reinstalación del Lcdo. Luis A. Ortiz López al ejercicio de la notaría. Ello, previo a que se cumplan los requisitos de rigor en cuanto a su fianza notarial.

Lo acordó el Tribunal y lo certifica la Secretaria del Tribunal Supremo. La Juez Asociada señora Rodríguez Rodríguez no intervino.

Aida I. Oquendo Graulau
Secretaria del Tribunal Supremo